# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0020. WELCH D. BROWN JR. v. THE STATE.**

The Appellant's Request For An Extension of Time To File Application For Appeal filed in the above-styled case is hereby DENIED. The request for extension is untimely.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  11/20/2017*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*